# 1366-14

## ELECTRONIC RECORD

COA #   10-13-00371-CR        OFFENSE:   Aggravated Assault

STYLE:    Robert Joseph Grygar v. The State of Texas        COUNTY:   Hill

TRIAL COURT:      66th District Court                       MOTION

TRIAL COURT #:      36,023              FOR REHEARING IS:

TRIAL COURT JUDGE:   Hon. F.B. (Bob) McGregor Jr.       DATE:

DISPOSITION:    AFFIRMED                  JUDGE:

DATE:      August 28, 2014

JUSTICE:    Davis          PC       S   YES

PUBLISH:              DNP:   YES

CLK RECORD:      12-12-13 - 1 volume        SUPP CLK RECORD:

RPT RECORD:      12-30-2013 - 4 volumes     SUPP RPT RECORD:

STATE BR:      6-26-14              SUPP BR:

APP BR:      4-4-2014               PRO SE BR:

---

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD             CCA #    1366-14

----------------------

___PRO SE___ Petition             Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:

___REFUSED___             JUDGE:

DATE: ___02/11/2015___         SIGNED: _____      PC: _____

JUDGE: ___Per Curiam___        PUBLISH: _____     DNP: _____

----------------------

___PRO SE___ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:

CCA IS: ___Denied___ ON ___03/25/2015___                 ON _____

JUDGE: ___Per Curiam___             JUDGE:

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 10-13-00371-CR

PD-1366-14

3/26/2015
Grygar, Robert Joseph

Tr. Ct. No. 36,023

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

10TH COURT OF APPEALS  CLERK
MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVE., RM 415
WACO, TX 76701
* DELIVERED VIA E-MAIL *